**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AUG -5 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 25-cr- 40033- SMY |
| | ) | |
| CHRISTOPHER LEE COLLINS | ) | |
| a.k.a. "BEETLEJUICE", | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### PRODUCTION OF OBSCENE VISUAL REPRESENTATIONS OF THE
### SEXUAL ABUSE OF CHILDREN

From between February 14, 2025, to March 24, 2025, the exact date unknown, in Williamson County, Illinois, within the Southern District of Illinois,

### CHRISTOPHER LEE COLLINS
### a.k.a. "BEETLEJUICE"

defendant herein, at FCI-Marion, a federal correctional institution and place within the special maritime and territorial jurisdiction of the United States, did knowingly produce a visual depiction of a minor engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)) and that is obscene, namely an obscene drawing of approximately 8-12 year old female with pigtails, laying on her back, wearing a nightgown that has been pushed up to her chest region, with a penis penetrating her vagina, in violation of Title 18, United States Code, Section 1466A(a)(1).

Prior to the foregoing offense, the defendant had a prior conviction under federal law, Chapter 110, Sexual Exploitation of Children, to-wit: a conviction in 2009 for Possession of Child Pornography in the United States District Court for the Southern District of Iowa, Case Number 07-cr-00632.

Prior to the foregoing offense, the defendant had a prior conviction under federal law, Chapter 71, Obscenity, and Chapter 110, Sexual Exploitation of Children, to-wit: a conviction in 2019 for Receiving Child Pornography and Possession of Obscene Visual Representation of the Sexual Abuse of Children in the United States District Court for the Southern District of Iowa, Case Number 18-cr-00086.

<u>COUNT 2</u>
### PRODUCTION OF OBSCENE VISUAL REPRESENTATIONS OF THE SEXUAL ABUSE OF CHILDREN

From between February 14, 2025, to March 24, 2025, the exact date unknown, in Williamson County, Illinois, within the Southern District of Illinois,

## CHRISTOPHER LEE COLLINS
### a.k.a. "BEETLEJUICE"

defendant herein, at FCI-Marion, a federal correctional institution and place within the special maritime and territorial jurisdiction of the United States, did knowingly produce a visual depiction of a minor engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)) and that is obscene, namely an obscene drawing of a naked man standing in front of an approximately 8-12 year old naked female child, that is performing oral sex on the man, in violation of Title 18, United States Code, Section 1466A(a)(1).

Prior to the foregoing offense, the defendant had a prior conviction under federal law, Chapter 110, Sexual Exploitation of Children, to-wit: a conviction in 2009 for Possession of Child Pornography in the United States District Court for the Southern District of Iowa, Case Number 07-cr-00632.

Prior to the foregoing offense, the defendant had a prior conviction under federal law, Chapter 71, Obscenity, and Chapter 110, Sexual Exploitation of Children, to-wit: a conviction in 2019 for Receiving Child Pornography and Possession of Obscene Visual Representation of the Sexual Abuse of Children in the United States District Court for the Southern District of Iowa, Case Number 18-cr-00086.

<u>COUNT 3</u>
### POSSESSION OF OBSCENE VISUAL REPRESENTATIONS OF THE SEXUAL ABUSE OF CHILDREN

On or about April 3, 2025, in Williamson County, Illinois, within the Southern District of Illinois,

### CHRISTOPHER LEE COLLINS
### a.k.a. "BEETLEJUICE"

defendant herein, at FCI-Marion, a federal correctional institution and place within the special maritime and territorial jurisdiction of the United States, did knowingly possess visual depictions of a minor engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)) and is obscene, namely obscene drawings, in violation of Title 18, United States Code, Section 1466A(b)(1).

Prior to the foregoing offense, the defendant had a prior conviction under federal law, Chapter 110, Sexual Exploitation of Children, to-wit: a conviction in 2009 for Possession of Child Pornography in the United States District Court for the Southern District of Iowa, Case Number 07-cr-00632.

Prior to the foregoing offense, the defendant had a prior conviction under federal law, Chapter 71, Obscenity, and Chapter 110, Sexual Exploitation of Children, to-wit: a conviction in 2019 for Receiving Child Pornography and Possession of Obscene Visual Representation of the Sexual Abuse of Children in the United States District Court for the Southern District of Iowa, Case Number 18-cr-00086.

Digitally signed by
STEVEN WEINHOEFT
Date: 2025.08.01
16:52:56 -05'00'

_____
STEVEN D. WEINHOEFT
United States Attorney

_____
J. David Sanders
Assistant United States Attorney